SHAWN N. ANDERSON
United States Attorney
DEVARUP RASTOGI
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAR 14 2025
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 25-00033 |
| Plaintiff, | **COMPLAINT** |
| vs. | **SEX OFFENDER REGISTRANT'S FAILURE TO REPORT INTERNATIONAL TRAVEL** |
| KYLE JAMES DERUS, | [18 U.S.C. § 2250(b)] |
| Defendant. | |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

**SEX OFFENDER REGISTRANT'S FAILURE TO REPORT INTERNATIONAL TRAVEL**

On or about February 20, 2025, in the District of Guam, the Defendant, KYLE JAMES DERUS, registered under the Sex Offender Registration and Notification Act as a sex offender in Wisconsin, knowingly failed to provide information required by the Sex Offender Registration and Notification Act relating to intended travel in foreign commerce, and engaged in the intended travel in foreign commerce, all in violation of Title 18, United States Code, Section 2250(b).

COMPLAINANT FURTHER STATES:

I, Deputy U.S. Marshal Junille Robyn Okada being first duly sworn under oath, depose and

Complaint - 1

ORIGINAL

say:

## I. INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is made in support of a request for an arrest warrant and criminal complaint charging KYLE JAMES DERUS ("DERUS") with a violation of Title 18, United States Code, Section 2250(b), Sex Offender Registrant's Failure to Report International Travel.

2. Because this affidavit is being submitted for the limited purpose of obtaining a criminal complaint and securing an arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause for the requested complaint and arrest warrant. Where statements of others are set forth in this affidavit, they are set forth in substance and in part. The information contained in this affidavit is based upon my personal observations and training, as well as information related to me by other law enforcement officers.

### A. Experience and Background

3. I am a Deputy U.S. Marshal (DUSM) assigned to the District of Guam have been so employed in my current capacity since April 2023. I am a graduate of Basic Deputy U.S. Marshals Integrated Academy at the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia in August 2023. I have received classroom and on the job training in the areas of general law enforcement, criminal investigative techniques, interviews and interrogations, general and electronic surveillance and criminal law including search and seizure.

4. I have also received training in fugitive and sex offender investigations from the U.S. Marshals Service (USMS) as well as other various federal and state resources. During my career, I have been assigned to threat, fugitive, and sex offender investigations. I am the assigned District Sex Offender Coordinator (DSOC) for the District of Guam and primarily conduct investigations involving sex offenders and their duty to register. As a DSOC, I am authorized

under Title 28, United States Code, Section 564 to enforce laws of the United States, including violations of the Sex Offender Registration and Notification Act (SORNA), 34 U.S.C. § 20901, et seq., and federal Failure to Register offenses, pursuant to 18 U.S.C. § 2250.

5. The information in this affidavit is based on my personal knowledge, information provided to me by other law enforcement officers and individuals, and the reports and memoranda of other law enforcement officers. The information in this affidavit is provided for the limited purpose of establishing probable cause and is not a complete statement of all the facts related to this case. I have set forth only the facts that I believe are necessary to establish probable cause to believe that DERUS has committed a violation of Title 18, United States Code, Section 2250(b), that is, Sex Offender Registrant's Failure to Report International Travel.

**II. PROBABLE CAUSE**

6. On or about March 1, 2025, the USMS District of Guam received information that DERUS had traveled to the countries of Palau and Philippines in February 2025. Law Enforcement databases revealed that DERUS failed to provide notice of his intent to travel internationally to the Wisconsin Sex Offender Registry as required under the Sex Offender Registration and Notification Act (SORNA). The Wisconsin Sex Offender Registry was contacted by law enforcement officers and they confirmed that DERUS never notified them of his intent to travel internationally. DERUS returned to the United States (Guam) on March 1, 2025.

7. On or about March 22, 2016, Kyle James DERUS was convicted in Marathon, Wisconsin for 3rd Degree Sexual Assault, in case number 2014CF000328, involving a ten-year-old minor victim. As a result of this conviction, DERUS was sentenced to three years in prison and four years of Extended Supervision. DERUS was subsequently released and registered as a sex offender in Wisconsin. DERUS is required to register as a Sex Offender until March 2039. DERUS was ordered to refrain from contact with anyone under the age of 18 years old without

prior agent approval and an approved chaperone. DERUS is also ordered to remain in compliance with the sex offender registry program.

8. On February 13, 2020, DERUS registered as a sex offender with the Wisconsin Department of Corrections. DERUS listed his home address as being located in Shawano County, Wisconsin. Requirement #11 of this form states "If required to register and plan to travel outside of the United States you must inform the sex offender registry at least 21 days prior to travel." DERUS signed this document on February 13, 2020 and it was witnessed by James Darling.

9. On February 16, 2025, DERUS left Wisconsin bound for Guam. DERUS arrived in Guam on February 17, 2025. DERUS' flight details then continued as follows:

```
DEPARTURE DATE/TIME: 02/20/2025 AT 11:40pm ChST
DEPARTING FROM: A.B. Wonpat International Airport, Guam (GUM)
AIRLINE/FLIGHT: United Airlines (UA) flight 157
ARRIVE: Palau International Airport, Palau (ROR)

DEPARTURE DATE/TIME: 02/25/2025
DEPARTING FROM: Palau International Airport, Palau (ROR)
AIRLINE/FLIGHT: United Airlines (UA) flight 193
ARRIVE: Ninoy Aquino International Airport, Manila, Philippines (MNL)

DEPARTURE DATE/TIME: 03/01/2025 AT 12:40am PHST
DEPARTING FROM: Ninoy Aquino International Airport, Manila, Philippines (MNL)
AIRLINE/FLIGHT: United Airlines (UA) flight 156
ARRIVE: A.B. Wonpat International Airport, Guam (GUM)
ARRIVAL DATE/TIME: 03/01/2025 at 06:25am ChST
DEBARKATION: A.B. Wonpat International Airport, Guam (GUM)
```

10. Additional information was received that DERUS had a reservation back to Palau on March 04, 2025. DERUS never showed up for this flight and remained on Guam. On March 04, 2025, information was received that DERUS' passport has been revoked by the State Department.

11. On March 12, 2025, DUSM Okada received information that DERUS is scheduled to leave Guam on March 16, 2025, on United Airlines flight UA200 to Honolulu.

Complaint - 4

### III. CONCLUSION

12. Based on the foregoing, your Affiant believes that probable cause exist that **KYLE JAMES DERUS** committed violations of Title 18, United States Code, Section 2250(b).

FURTHER AFFIANT SAYETH NAUGHT.

Dated this 14TH day of March 2025.

_____
**JUNILLE ROBYN OKADA**

SUBSCRIBED AND SWORN to before me on this 14th day of March, 2025.

_____
FRANCES M. TYDINGCO-GATEWOOD
U.S. Chief Judge
District Court of Guam